IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

AMERICAN NATIONAL PROPERTY AND )
CASUALTY COMPANY, )
                                                    )
    Plaintiff, )
                                                    )
v. )  CIVIL ACTION NO. 3:11-CV-219
                                                    )
CAROL ANN STUTTE; *et al.*, )
                                                    )
    Defendants. )

## STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT CHASE HOME FINANCE, LLC

Pursuant to Rule 41(a)(1) Fed.R.Civ.P. and as evidenced by the signatures of counsel for the relevant parties below, it is stipulated that the claim lodged by American National Property and Casualty Company ("ANPAC") as against Defendant Chase Home Finance, LLC (or more correctly stated, JPMorgan Chase Bank, N.A. as successor by merger to Chase Home Finance, LLC) is dismissed with prejudice.

Accordingly, Defendant Chase Home Finance, LLC (or more correctly stated, JPMorgan Chase Bank, N.A. as successor by merger to Chase Home Finance, LLC) is hereby DISMISSED WITH PREJUDICE from this action.

It is so ORDERED, this the 12th day of June, 2012.

                                                           */s/ Leon Jordan*
                                                           Leon Jordan
                                                           United States District Judge

Submitted for Entry:

/s/ J. Graham Matherne
J. Graham Matherne, BPR #11294
**WYATT, TARRANT & COMBS, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203-1423
Telephone: 615.244.0020
Facsimile: 615.256.1726

*Counsel for Defendant Chase Home Finance, LLC*
*(or more correctly stated, JPMorgan Chase Bank, N.A.*
*as successor by merger to Chase Home Finance, LLC)*


/s/ N. Mark Kinsman
N. Mark Kinsman, BPR #006039
**BAKER, KINSMAN, HOLLIS, CLELLAND**
**& WINER, P.C.**
701 Market Street, Suite 1500
First Tennessee Building
Chattanooga, Tennessee 37402-4828

*Counsel for American National Property*
*and Casualty Company*