# United States District Court
## EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY, <br>    Plaintiff, <br>                    V. | **JUDGMENT IN A CIVIL CASE** |
| CAROL ANN STUTTE, *et al.*, <br>    Defendants. | CASE NUMBER: 3:11-CV-219 |

[X]     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the jury unanimously finds by a preponderance of the evidence that the Defendants, Carol Ann Stutte and Laura Jean Stutte, did intentionally set fire to the insured property or participated in or consented to the intentional burning of the property. Therefore the Plaintiff, American National Property and Casualty, shall pay nothing to the Defendants, Carol Ann Stutte and Laura Jean Stutte.

| | |
|---|---|
|  August 6, 2015    <br>Date | Debra C. Poplin, Clerk of Court <br><br>  s/ Jason Huffaker, Deputy Clerk |