# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 29, 2017

Mr. Norman Mark Kinsman
Baker, Kinsman, Hollis, Clelland & Winer
701 Market Street
Suite 1500
Chattanooga, TN 37402

Mr. Russell E. Reviere
Rainey, Kizer, Reviere & Bell
P.O. Box 1147
Jackson, TN 38301

Mr. Seth A. Tucker
Covington & Burling
850 Tenth Street, N.W.
Washington, DC 20001

Re: Case No. 15-5976, *American National Property An v. Carol Stutte, et al*
Originating Case No. : 3:11-cv-00219

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Case Manager

cc: Ms. Debra Poplin

Enclosure

Mandate to issue

Case No. 15-5976

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY

    Plaintiff - Appellee

v.

CAROL ANN STUTTE; LAURA JEAN STUTTE

    Defendants - Appellants

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                  **ENTERED PURSUANT TO RULE 33,**
                                  **RULES OF THE SIXTH CIRCUIT**
                                  Deborah S. Hunt, Clerk

Issued: August 29, 2017